**PACHULSKI STANG ZIEHL & JONES LLP**
Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: 415-263-7000;
Facsimile: 415-263-7010
Email: dgrassgreen@pszjlaw.com; jfiero@pszjlaw.com; jrosell@pszjlaw.com; sgolden@pszjlaw.com; hwinograd@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br>LEFEVER MATTSON, a California corporation, *et al.*,<br>Debtors.[1] | Case No. 24-10545 CN (Lead Case)<br>(Jointly Administered)<br>Chapter 11 |
| In re<br>KS MATTSON PARTNERS, LP,<br>Debtor. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br>Plaintiffs,<br>v.<br>DEUTSCHE BANK TRUST COMPANY AMERICAS,<br>Defendant. | Adv. Proc. No. 25-_____<br>**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' ADVERSARY COMPLAINT FOR (I) WILLFUL VIOLATION OF THE AUTOMATIC STAY; (II) AVOIDANCE; AND (III) TURNOVER** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP are 5060. Debtor KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 9562. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

As and for its complaint, plaintiff, the Official Committee of Unsecured Creditors (the "Committee" or "Plaintiff") of debtor and debtor in possession KS Mattson Partners, LP ("Debtor KSMP") alleges, upon knowledge of its own acts and upon information and belief as to all other matters, as follows:

I.

**JURISDICTION AND VENUE**

1. The above-captioned court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

2. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b), and pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Plaintiff consents to entry of a final order or judgment by the Bankruptcy Court.

3. Venue in this district is proper pursuant to 28 U.S.C. § 1409(a).

4. This adversary proceeding is commenced pursuant to Rules 7001(a), (g), and (i) of the Bankruptcy Rules, Sections 105, 362, 549, and 550 of Title 11 of the United States Code (the "Bankruptcy Code") and 28 U.S.C. § 2201.

II.

**THE PARTIES**

5. The United States Trustee appointed the Committee in the LFM Debtors' chapter 11 cases on October 9, 2024 [Docket No. 135] and amended the appointment on November 25, 2024 [Docket No. 368], and then again on August 26, 2025 [Docket No. 2104], to appoint the Committee as the official committee for Debtor KSMP. No trustee or examiner has been appointed in these chapter 11 cases. The Committee is comprised of the following members: (i) Lull Family Living Revocable Trust; (ii) Mullin Family Trust, (iii) Charles Edgar; (iv) Umbriac & Tubley Family Trust; (v) Walter Schenk; (vi) Manfred K. Fischer Trust; (vii) Hayes 2004 Family Trust; and (viii) The Anderson 2001 Revocable Trust.

6. Pursuant to this Court's *Order Granting the Stipulation Granting the Official Committee of Unsecured Creditors Standing to Pursue Estate Causes of Action Regarding 3557*

Case: 25-01020    Doc# 1    Filed: 11/03/25    Entered: 11/03/25 19:41:01    Page 2 of 12

4921-6985-4581.4 52011.00004    2

*Gold View Terrace, Santa Rosa, CA 95405* [Docket No. 2593], Plaintiff was given standing to bring this action on behalf of Debtor KSMP's estate.

7. Defendant Deutsche Bank Trust Company Americas ("Deutsche Bank") is a corporation organized and existing under the laws of the State of New York.

### III.
### FACTUAL BACKGROUND

**A.    Debtor KSMP's Bankruptcy Case**

8. On September 12, 2024, LeFever Mattson, a California Corporation and 57 of its affiliates (collectively, the "LFM Debtors" and, together with Debtor KSMP, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").[2]

9. On November 22, 2024 (the "Petition Date"), LFM Debtors LeFever Mattson and Windtree, LP filed an involuntary chapter 11 petition against Debtor KSMP. On June 9, 2025, the Bankruptcy Court entered the *Stipulated Order for Relief in an Involuntary Case* [Case No. 24-10715, Docket No. 131]. Debtor KSMP is now a chapter 11 debtor in possession, and its case is jointly administered, for procedural purposes only, with those of the LFM Debtors, pursuant to the *Stipulated Bridge Order in Connection with the Motion to Substantively Consolidate the Bankruptcy Estates of LeFever Mattson and KS Mattson Partners, LP* [Docket No. 1887], entered on July 29, 2025. Debtor KSMP has retained an independent responsible individual, Ms. Robbin L. Itkin, with effect from June 16, 2025, and Mr. Mattson is no longer directing or operating Debtor KSMP as of that date.

10. Debtor KSMP's Petition Date triggered the automatic stay under Section 362(a) of the Bankruptcy Code, which prohibits, among other things, "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate" or "any act to create, perfect, or enforce any lien against property of the estate." 11 U.S.C. §362(a). A

---

[2] One LFM Debtor, Windscape Apartments, LLC, filed its chapter 11 petition in the Bankruptcy Court on August 6, 2024. Two LFM Debtors, Pinewood Condominiums, LP, and Ponderosa Pines, LP, filed their chapter 11 petitions on October 2, 2024.

violation of the automatic stay may result in liability for damages and civil penalties. Any action taken in violation of the stay is also void. *See In re Schwartz*, 954 F.2d 569 (9th Cir. 1992).

11. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

**B.     The 3557 Golf View Terrace, Santa Rosa Property**

12. On November 20, 2006, James R. Stillson and Carol A Stillson, as Grantors, executed a Deed of Trust encumbering a property at 3557 Golf View Terrace, Santa Rosa, CA 95405 (the "Property") in favor of Stewart Title Company of San Diego, Trustee ("Stewart Title"), in favor of Mortgage Electronic Registration Systems, Inc. ("MERS"), as nominee for SCME Mortgage Bankers, Inc. ("SCME") to secure a loan in the original amount of $1,200,000 (the "Mortgage"), which Deed of Trust was recorded in Sonoma County December 5, 2006 in Instrument No. 2006149945 (the "Deed of Trust").

13. On July 6, 2015, MERS, as nominee for SCME, assigned the Deed of Trust to Deutsche Bank as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-Q01 which assignment was recorded in Sonoma County on July 17, 2015 in Instrument No. 2015063941.

14. In 2011, the Property was transferred to the LFM Debtors, and in 2020, the Property was transferred to Detor KSMP, in each case subject to the existing Mortgage.

15. On December 26, 2024, there was a substitution of trustee from Stewart Title to America West Lender Services, LLC ("America West"), which substitution was recorded in Sonoma County on December 30, 2024 in Instrument No. 2024063564.

**C.     Deutsche Bank Foreclosed on Debtor KSMP's Property
         in Violation of the Automatic Stay**

16. On January 9, 2025, America West issued a "Notice of Default and Election to Sell Under Deed of Trust" (the "Default Notice"), which was recorded in Sonoma County on January 10, 2025 in Instrument No. 202501128. The mortgage servicer's California Declaration of Compliance, which was appended to the Default Notice, was signed and dated October 31, 2024 by Nationstar Mortgage LLC as attorney in fact for Deutsche Bank.

17. On May 9, 2025, a foreclosure sale (the "Foreclosure Sale") was held, at which America West transferred the Property to Deutsche Bank. The Trustee's Deed Upon Sale was recorded in Sonoma County on June 30, 2025 in Instrument No. 2025029850.

18. A title report obtained by the Committee dated February 8, 2025 (three months before Foreclosure Sale) showed Debtor KSMP's bankruptcy petition recorded against the Property in Sonoma County.

19. Neither Deutsche Bank, America West, Nationstar Mortgage, nor any other party that may have participated in or facilitated the Foreclosure Sale obtained relief from the automatic stay prior to taking the above-referenced steps to foreclose upon the Deed of Trust and sell the Property.

20. The current market value of the Property is at least $1,695,000.00.

21. On August 8, 2025, Debtor KSMP filed its schedules of assets and liabilities, statements of financial affairs, and list of equity security holders [Docket Nos. 1980-1982] (the "Schedules and Statements").

22. The Schedules and Statements reference and reserve all claims and causes of action relating to the foreclosure of the Property, which is 100% owned by Debtor KSMP.

23. On August 28, 2025, the Bankruptcy Court entered its *Order Granting Motion for an Order (1) Establishing Bar Date; (2) Approving Form and Manner of Notice of Bar Date and Procedures with Respect Thereto; and (3) Approving Confidentiality Protocols* [Docket No. 2184] (the "Bar Date Order"). Pursuant to the Bar Date Order, the Bankruptcy Court established October 3, 2025 (the "Bar Date") as the last day for all creditors to file proofs of claim against Debtor KSMP arising prior to the Debtor KSMP Petition Date. Deutsche Bank did not file a proof of claim against Debtor KSMP on or prior to the Bar Date.

D. **Deutsche Bank Did Not Respond to the Committee's Demand Letter**

24. On October 16, 2025, the Committee, on behalf of Debtor KSMP, sent a demand letter to Deutsche Bank (the "Demand Letter"), (a) informing Deutsche Bank that the Foreclosure Sale constituted a violation of the automatic stay, and (b) demanding that "Deutsche Bank compensate Debtor KSMP in the amount of $1,695,000.00, which amount represents the current

market value of the Property." The Committee requested that Deutsche Bank advise it no later than October 22, 2025 at 5:00 p.m. ET how Deutsche Bank will proceed. A true and correct copy of the Demand Letter is attached hereto as **Exhibit A**. As of the date of this Complaint, Deutsche Bank has not responded to the Demand Letter.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION

**(Willful Violation of the Automatic Stay Pursuant to 11 U.S.C. 362(a))**

25. Plaintiff re-alleges and incorporates by reference all paragraphs set forth above.

26. An automatic stay under Section 362(a) of the Bankruptcy Code became effective immediately upon Debtor KSMP's Petition Date, enjoining any actions to collect debts or foreclose on property belonging to Debtor KSMP's estate.

27. Despite the automatic stay being in place upon Debtor KSMP's Petition Date, on or about May 9, 2025, Deutsche Bank willfully and knowingly commenced, continued, facilitated, or participated in the Foreclosure Sale of Debtor KSMP's Property.

28. Deutsche Bank's actions in connection with the Foreclosure Sale, and any actions Deutsche Bank took to control or dispose of the Property after Debtor's KSMP Petition Date, in knowing violation of the automatic stay, constituted a willful violation of the automatic stay under Section 362(a) of the Bankruptcy Code.

29. As a direct and proximate result of Deutsche Bank's willful violation of the automatic stay under Section 362(a) of the Bankruptcy Code, Plaintiff has suffered damages, including but not limited to (a) the loss of ownership and possession of the Property, (b) the current market value of the Property, which is at least $1,695,000, and (c) other consequential damages, including Plaintiff's costs and attorneys' fees incurred in connection with attempting to recover the Property.

### SECOND CAUSE OF ACTION

**(Avoidance of the Foreclosure Sale Pursuant to 11 U.S.C. 549(a))**

30. Plaintiff re-alleges and incorporates by reference all paragraphs set forth above.

31. Pursuant to Section 549 of the Bankruptcy Code, the Foreclosure Sale occurred outside the ordinary course of business and after the commencement of Debtor KSMP's Petition Date.

32. The Foreclosure Sale was not authorized by the Court or Debtor KSMP's bankruptcy estate, and Debtor KSMP's estate has a right to avoid such unauthorized transfer of the Property in order to preserve assets for the benefit of creditors.

33. The Foreclosure Sale is voidable, and should be avoided, under Section 549(a) of the Bankruptcy Code.

### THIRD CAUSE OF ACTION

**(Recovery of the Property Value Pursuant to 11 U.S.C. 550(a))**

34. Plaintiff re-alleges and incorporates by reference all paragraphs set forth above.

35. Deutsche Bank's actions in facilitating, commencing, or participating in the Foreclosure Sale constituted a willful violation of the automatic stay under 11 U.S.C. 362(a).

36. Pursuant to 11 U.S.C. § 550(a), a trustee or debtor-in-possession is entitled to recover the property transferred or its value, from the entity that transferred or received such property in knowing violation of the automatic stay.

37. Deutsche Bank is the transferee of the value of the Property as a result of the Foreclosure Sale.

38. Deutsche Bank, having knowingly and willfully violated the stay, is liable for turnover of the value of the Property to Debtor KSMP's estate.

### PRAYER FOR RELIEF

WHEREFORE, by reason of the foregoing, Plaintiff prays for judgment as follows:

A. On the First Cause of Action, for: (1) an order finding that Deutsche Bank willfully violated the automatic stay under 11 U.S.C. § 362(a); (2) an award of actual damages, costs, and attorneys' fees pursuant to 11 U.S.C. § 362(k); and (3) an injunction requiring Deutsche Bank to desist from further violations of the automatic stay.

B. On the Second Cause of Action, avoidance of the Foreclosure Sale under 11 U.S.C. 549(a).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1   C.  On the Third Cause of Action, for an order requiring Deutsche Bank to turn over
2       $1,695,000.00 to Debtor KSMP.
3   D.  Pre-judgment interest and post-judgment interest, as provided by law.
4   E.  Attorneys' fees and expenses, including expert fees.
5   F.  Such other relief as the Court deems just and proper.

6   Dated: November 3, 2025                 PACHULSKI STANG ZIEHL & JONES LLP

7                                           /s/ John D. Fiero
                                            Debra I. Grassgreen (CA Bar No. 169978)
8                                           John D. Fiero (CA Bar No. 136557)
                                            Jason H. Rosell (CA Bar No. 269126)
9                                           Steven W. Golden (admitted *pro hac vice*)
                                            Hayley R. Winograd (admitted *pro hac vice*)
10                                          One Sansome Street, 34th Floor, Suite 3430
11                                          San Francisco, CA 94104-4436
                                            Telephone: 415-263-7000
12                                          Facsimile: 415-263-7010
                                            Email: dgrassgreen@pszjlaw.com
13                                                 jfiero@pszjlaw.com
                                                   jrosell@pszjlaw.com
14                                                 sgolden@pszjlaw.com
15                                                 hwinograd@pszjlaw.com

16                                          *Counsel to the Official Committee
                                            of Unsecured Creditors*
17

# **EXHIBIT A**

4921-6985-4581.4 52011.00004



**PACHULSKI STANG ZIEHL & JONES**

LOS ANGELES
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

NEW YORK
1700 BROADWAY, 36TH FL.
NEW YORK, NEW YORK 10019
212.561.7700

WILMINGTON
919 NORTH MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

HOUSTON
700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

SAN FRANCISCO
ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

Hayley Winograd

October 16, 2025

212.561.7700
hwinograd@pszjlaw.com

Deutsche Bank Trust Company Americas
c/o CT Corporation System
330 N. Brand Blvd.
Glendale, CA 91203

Re: **_KS Mattson Partners, LP_, Case No. 24-10715 (CN)**

To Whom It May Concern:

We are counsel to the Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 case of KS Mattson Partners, LP, a California Corporation ("Debtor KSMP").[1] Debtor KSMP's bankruptcy case is being jointly administered, for procedural purposes, with those of LeFever Mattson, a California Corporation and its affiliates (collectively, the "LFM Debtors") under the case captioned _LeFever Mattson, a California corporation, et al._, Case No. 24-10545 (CN) in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

On November 22, 2024 (the "KSMP Petition Date"), an involuntary chapter 11 petition was filed against Debtor KSMP, and on June 9, 2025, the Bankruptcy Court entered the _Stipulated Order for Relief in an Involuntary Case_ [Case No. 24-10715, Dkt. No. 131].

The KSMP Petition Date triggered the automatic stay under section 362(a) of the Bankruptcy Code, which prohibits, among other things, "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate" or "any act to create, perfect, or enforce any lien against property of the estate." 11 U.S.C. § 362(a)(3) and (4). A violation of the automatic stay may result in liability for damages and civil penalties. Moreover, any action taken in violation of the stay is void. _See In re Schwartz_, 954 F.2d 569 (9th Cir. 1992).

---

[1] The last four digits of the tax identification number for KSMP are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075.

4913-7530-9427.2 52011.00004



We have been informed by counsel to Debtor KSMP that, on May 9, 2025, a foreclosure sale (the "Foreclosure Sale") was held, at which America West Lender Services, LLC ("America West"), transferred real property 100% owned by Debtor KSMP at 3557 Golf View Terrace, Santa Rosa, CA 95405 (the "Property") to Deutsche Bank Trust Company Americas ("Deutsche Bank").

A title report obtained by the Committee dated February 8, 2025 (three months before the Foreclosure Sale) showed Debtor KSMP's bankruptcy petition recorded against the Property in Sonoma County.

Neither Deutsche Bank, America West, nor any other party that may have been participated in or facilitated the Foreclosure Sale with respect to the Property obtained relief from the automatic stay prior to taking the above-referenced steps to sell the Property.

Accordingly, the Committee, on behalf of Debtor KSMP, demands that Deutsche Bank compensate Debtor KSMP in the amount of $1,695,000.00, which amount represents the current market value of the Property.

The Committee, on behalf of Debtor KSMP, reserves its right to seek judicial relief, including sanctions, against any party who has violated, continues to violate, or will violate the automatic stay. The Committee, on behalf of Debtor KSMP, also reserves its right to seek attorneys' fees and expenses incurred in connection with such litigation.

Please advise us no later than **Wednesday, October 22, 2025 at 5:00 p.m. ET** how Deutsche Bank will proceed.

Regards,

Hayley Winograd



Deutsche Bank Trust Company Americas
October 16, 2025
Page 3

cc: <u>Via Email</u>
Erin N. Brady
Edward Joseph McNeilly
Richard L. Wynne

<u>Via Fed Ex</u>
American West Lender Services, LLC
c/o CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive
Sacramento, CA 95833