**PACHULSKI STANG ZIEHL & JONES LLP**
Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: 415-263-7000;
Facsimile:  415-263-7010
Email:    dgrassgreen@pszjlaw.com; jfiero@pszjlaw.com; jrosell@pszjlaw.com; sgolden@pszjlaw.com; hwinograd@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON, a California corporation, *et al.*,<br><br>                    Debtors.[1] | Case No. 24-10545 CN (Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| In re<br><br>KS MATTSON PARTNERS, LP,<br><br>                    Debtor. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>                    Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>                    Defendant. | Adv. Proc. No. 25-01020<br><br>**CERTIFICATE OF SERVICE** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP are 5060. Debtor KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 9562. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**One Sansome Street, Suite 3430, San Francisco, CA 94105.**

A true and correct copy of the foregoing document entitled (*specify*)**:**

- ***OCUC's Complaint vs. Deutsche Bank Trust Company [Docket No. 1];***
- ***Adversary Proceeding Cover Sheet [Doc. 1-1];***
- ***Summons and Notice of Scheduling Conference in an Adversary Proceeding [Doc. 2]; and***
- ***Order re Initial Disclosures and Discovery Conference [Doc. 3] ("Order").***

is served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_____,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**: On (*date*) **November 10, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 10, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 10, 2025 | Oliver Carpio | */s/ Oliver Carpio* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVED VIA US MAIL AND EMAIL**

| Deutsche Bank Trust Company Americas<br>ATTN: Chief Executive Officer<br>1 Columbus Cir.<br>New York ,NY 10019 | DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee<br>for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through<br>Certificates, Series 2007-QO1<br>c/o McCalla Raymer Leibert Pierce, LLP<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | Dane Exnowski, Esq.<br>McCalla Raymer Leibert Pierce, LLP<br>301 E. Ocean Boulevard, Suite 1720<br>Long Beach, CA 90802<br>Email: Dane.Exnowski@mccalla.com |

4918-6531-2377.1 52011.00005

3