**PACHULSKI STANG ZIEHL & JONES LLP**
Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: 415-263-7000
Facsimile: 415-263-7010
Email: dgrassgreen@pszjlaw.com;
jfiero@pszjlaw.com; jrosell@pszjlaw.com;
sgolden@pszjlaw.com; hwinograd@pszjlaw.com

*Counsel to Plaintiff, Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON, a California corporation, *et al*<br><br>Debtors.[1] | Case No. 24-10545 CN (Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| In re<br><br>KS MATTSON PARTNERS, LP,<br><br>Debtor.<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff<br>v.<br>DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>Defendant. | Adv. Pro. No. 25-01020<br><br>**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

This *Stipulation of Dismissal of Adversary Proceeding Without Prejudice* is submitted as of December 16, 2025 by and between the plaintiff in the above-captioned adversary proceeding (the "Action"), the Official Committee of Unsecured Creditors (the "Committee" or "Plaintiff") of debtor and debtor in possession KS Mattson Partners, LP ("Debtor KSMP"), and Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO1 ("Defendant" and, together with Plaintiff, the "Parties" and each, a "Party"), by and through their undersigned counsel, with reference to the following:

**RECITALS**

A. On September 12, 2024, LeFever Mattson, a California Corporation and 57 of its affiliates (collectively, the "LFM Debtors" and, together with Debtor KSMP, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").[1]

B. On November 22, 2024, an involuntary petition until chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") was filed against Debtor KSMP. On June 9, 2025, the Bankruptcy Court entered the *Stipulated Order for Relief in an Involuntary Case* [Case No. 24-10715, Docket No. 131].

C. Pursuant to the Bankruptcy Court's *Order Granting the Stipulation Granting the Official Committee of Unsecured Creditors Standing to Pursue Estate Causes of Action Regarding 3557 Golf View Terrace, Santa Rosa, CA 95405* [Case No. 24-10545, Docket No. 2593], Plaintiff was given standing to bring this Action on behalf of Debtor KSMP's estate arising from the foreclosure sale (the "Foreclosure Sale") of 3557 Golf View Terrace, Santa Rosa, CA 95405 (the "Property").

D. On November 3, 2025, Plaintiff filed its Complaint [Adv. Proc. Docket No. 1][2] (the "Complaint") against Defendant in connection with the Foreclosure Sale. The Complaint asserts claims for: (a) willful violation of the automatic stay pursuant to section 362(a) of the Bankruptcy

---

[1] One LFM Debtor, Windscape Apartments, LLC, filed its chapter 11 petition in the Bankruptcy Court on August 6, 2024. Two LFM Debtors, Pinewood Condominiums, LP, and Ponderosa Pines, LP, filed their chapter 11 petitions on October 2, 2024.

[2] Refers to the docket maintained in the Adversary Proceeding.

Code; (b) avoidance of the Foreclosure Sale pursuant to section 549(a) of the Bankruptcy Code; and (c) recovery of the Property value pursuant to section 550(a) of the Bankruptcy Code.

E. On December 4, 2025, Defendant filed its *Motion to Dismiss Complaint With Prejudice for Failure to State a Claim Upon Which Relief Can be Granted* [Adv. Proc. Docket No. 6] (the "Motion to Dismiss"). In the Motion to Dismiss, Defendant states that the Foreclosure Sale with respect to the Property was rescinded, and therefore, the "the Property remains property of [Debtor KSMP's] bankruptcy estate." Motion to Dismiss at 3-4.

F. In light of Defendant's representation in the Motion to Dismiss that the Foreclosure Sale has been rescinded, the Parties wish to stipulate to resolve this Action on the terms set forth in this Stipulation.

**NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:**

1. On and as of the date hereof, the Committee hereby dismisses the Complaint, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, with each Party to bear its own fees and costs.

2. Defendant represents that (a) the Foreclosure Sale of the Property has been rescinded via recorded instrument number 2025038861, Sonoma County, and, for purposes, and by virtue, of the Foreclosure Sale that was so rescinded, Defendant acknowledges and agrees that(b) legal title to the Property has not been transferred to Defendant, the foreclosure trustee, or any other party.

3. **Defendant does not hereby waive any defense or argument made in its pending motion to dismiss, or otherwise in connection with the subject complaint and does not hereby concede or agree to any allegation or representation of Plaintiff made in the Complaint, or otherwise (herein inclusive); Defendant accordingly reserves all rights and defenses and makes no admission hereby as to any liability.**

**IT IS SO STIPULATED**.

Dated: December 31, 2025　　　　　PACHULSKI STANG ZIEHL & JONES LLP

*/s/ John D. Fiero*
_____
Debra I. Grassgreen
John D. Fiero
Jason H. Rosell
Steven W. Golden (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)

*Counsel to Plaintiff, Official Committee of Unsecured Creditors*

Dated: December 31, 2025　　　　　McCALLA RAYMER LEIBERT PIERCE, LLP

*/s/ Dane Exnowksi*
_____
Dane Exnowksi
Fanny Wan

*Attorneys for Defendant*