Entered on Docket
January 5, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: January 3, 2026

_____
Charles Novack
U.S. Bankruptcy Judge

**PACHULSKI STANG ZIEHL & JONES LLP**
Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Steven W. Golden (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: 415-263-7000
Facsimile: 415-263-7010
Email: dgrassgreen@pszjlaw.com;
jfiero@pszjlaw.com; jrosell@pszjlaw.com;
sgolden@pszjlaw.com; hwinograd@pszjlaw.com

*Counsel to Plaintiff, Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br>LEFEVER MATTSON, a California corporation, *et al*<br>Debtors.[1] | Case No. 24-10545 CN (Lead Case)<br>(Jointly Administered)<br>Chapter 11 |
| In re<br>KS MATTSON PARTNERS, LP,<br>Debtor. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br>Plaintiff<br>v.<br>DEUTSCHE BANK TRUST COMPANY AMERICAS,<br>Defendant. | Adv. Pro. No. 25-01020<br>**ORDER OF DISMISSAL** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

This matter came before the Court without a hearing upon consideration of the *Stipulation of Dismissal Without Prejudice* [Docket No. 9] (the "Stipulation") filed in the above-captioned adversary proceeding. Based upon the Court's review of the Stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

    1.    The above-captioned adversary proceeding shall be dismissed without prejudice.

    2.    Each party shall bear its own attorney's fees and costs.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**

All ECF parties.

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
San Francisco, California

4923-1453-6581.1 52011.00005

3